# Exhibit A
## Index of All Matters Being Filed

| Exhibit | Document |
|---------|----------|
| A | Index of all matters being filed |
| B | Executed process |
| C | Plaintiff's Original Petition |
| D | Defendant's Original Answer |
| E | Docket Report (C-0637-21-F) |
| F | List of all parties and counsel of record |

50382819\1