# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **EL GAVILAN INVESTMENTS, LLC,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Civil Action No. 7:21-cv-00104** |
| | § | |
| **WESTCHESTER SURPLUS LINES** | § | |
| **INSURANCE COMPANY,** | § | |
| *Defendant*. | § | |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, El Gavilan Investments, LLC, and Defendant, Westchester Surplus Lines Insurance Company, have reached a resolution in the above styled case. Upon receipt and execution of the settlement documents, the parties will file an Agreed Order of Dismissal With Prejudice within the next 30 days.

Respectfully submitted:

LAWRENCE LAW FIRM

*/s/ Celeste Guerra (with permission)*
Larry W. Lawrence, Jr.
Michael Lawrence
Celeste Guerra
3112 Windsor Road, Suite A234
Austin, Texas  78703
lawrencefirm@aol.com
lawrencefirm@gmail.com
celesteguerralaw2017@gmail.com
**COUNSEL FOR PLAINTIFF**

COZEN O'CONNOR

*/s/ Stephen P. Pate*
Stephen P. Pate
State Bar No. 15566500
S.D. Tex. No. 1066
LyondellBasell Tower
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3957
Telecopier: (832) 706-3423
spate@cozen.com

*and*

Donnie M. Apodaca, II
State Bar No. 24082632
S.D. Tex. No. 2069976
1717 Main Street, Suite 3100
Dallas, Texas 75201-7335
Telephone: (214) 462-3000
Telecopier: (214) 462-3299
dapodaca@cozen.com
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This certifies that on November 12, 2021, a copy of the foregoing was filed and/or served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Stephen P. Pate*
Stephen P. Pate