UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EL GAVILAN INVESTMENTS, LLC, § <br>    *Plaintiff*, § <br> § <br> v. § <br> § <br> WESTCHESTER SURPLUS LINES § <br> INSURANCE COMPANY, § <br>    *Defendant*. § | Civil Action No. 7:21-cv-00104 |

## JOINT RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, El Gavilan Investments LLC, and Defendant, Westchester Surplus Lines Insurance Company, (collectively, the "Parties") hereby file this joint stipulation of dismissal with prejudice as follows:

1.    All claims and controversies have been resolved by the Parties. Consequently, Plaintiff hereby dismisses this action with prejudice, and requests that the Court enter the Parties' proposed order, which requires each party to bear its own costs and expenses.

                                              Respectfully submitted:

                                              LAWRENCE LAW FIRM

                                              */s/ Celeste Guerra (with permission)*
                                              Larry W. Lawrence, Jr.
                                              Michael Lawrence
                                              Celeste Guerra
                                              3112 Windsor Road, Suite A234
                                              Austin, Texas  78703
                                              lawrencefirm@aol.com
                                              lawrencefirm@gmail.com
                                              celesteguerralaw2017@gmail.com
                                              **COUNSEL FOR PLAINTIFF**

COZEN O'CONNOR

*/s/ Stephen P. Pate*
Stephen P. Pate
State Bar No. 15566500
S.D. Tex. No. 1066
LyondellBasell Tower
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3957
Telecopier: (832) 706-3423
spate@cozen.com

**ATTORNEYS FOR DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This certifies that on December 22, 2021, a copy of the foregoing was filed and/or served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Stephen P. Pate*
Stephen P. Pate